# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY PERRY,<br><br>Defendant. | Case No. 24-CR-238-3-JPS<br><br>**ORDER** |

In December 2024, the grand jury returned an Indictment in which Defendant Bobby Perry ("Defendant") was charged in six counts with drug, gun, and money laundering offenses. ECF No. 3. On November 2, 2026, the Government filed a three-count Amended Information[1] charging Defendant with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846; 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 924(c)(1)(A)(i); and 18 U.S.C. § 2(a). ECF No. 93. The same day, the parties filed an amended plea agreement indicating that Defendant would plead guilty to the three counts in the Amended Information, with the Government to move to dismiss the Indictment at the time of sentencing. ECF No. 94.

The parties appeared before Magistrate Judge Nancy Joseph on November 2, 2026 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 95. Defendant entered a plea of guilty as

[1]The Government earlier filed an Information. ECF No. 72. The Amended Information does not charge any additional or different offenses and does not appear to prejudice any substantial right of Defendant, so the Court will accept the amendment. FED. R. CRIM. P. 7(e). Similarly, the amended plea agreement supersedes the plea agreement originally filed at ECF No. 74.

to Counts One, Two, and Three in the Amended Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*

The same day, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 97. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 97, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 17th day of November, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge